UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
MARILYN MENDEZ VASQUEZ,                                    :
:
                      Plaintiff,         :                  22-CV-7939 (VSB)
:
          -against-                       :                     **<u>ORDER</u>**
:
:
RITZ-TRANS CORPORATION OF                                  :
PENNSYLVANIA INC., STEVEN C.                               :
HAGAN, "XYZ CORPORATION NO. 1,                             :
said name being fictitious and presently                   :
unknown but intended to be the owner of the                :
Defendants' vehicle, and "XYZ                              :
CORPORATION NO. 2, said name being                         :
fictitious and presently unknown but intended              :
to be employer of defendant STEVEN C.                      :
HAGAN,                                                     :
:
                      Defendants.       :
-----------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

       On October 27, 2022, the parties filed a proposed case management plan. (Doc. 11.) The parties checked the box indicating that all parties consent "to conducting all further proceedings before a United States Magistrate Judge, including motions and trial, pursuant to 28 U.S.C. § 636(c)." (*Id.* at ¶ 1.) However, the parties have not submitted the AO 85 Notice, Consent, and Reference of a Dispositive Motion to a Magistrate Judge. If the parties intend to consent to the exercise of jurisdiction by a United States Magistrate Judge, the parties are directed to file the AO 85 form, available at https://www.nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf, on or before November 2, 2022. If the parties do not intend to consent to the exercise of jurisdiction by a United States Magistrate Judge, the parties are directed to file a corrected proposed case management plan and scheduling order, on or before November 2, 2022.

SO ORDERED.

Dated: October 28, 2022
       New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge