UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MARILYN MENDEZ VASQUEZ,

                      Plaintiff,                      22-CV-7939 (KHP)

      -against-                                  **ORDER**

RITZ-TRANS CORPORATION OF PENNSYLVANIA
INC., et al.

                      Defendants.
------------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

Defendants filed a response to Plaintiff's interrogatories on the docket (ECF No. 25.)

The parties are reminded that discovery requests and responses should not be filed with the Court.

                                  **SO ORDERED.**

DATED:      New York, New York
               May 25, 2023

                                              */s/ Katharine H. Parker*
                                              KATHARINE H. PARKER
                                              United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/25/2023