```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/18/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MARILYN MENDEZ VASQUEZ,

                          Plaintiff,                    22-CV-7939 (KHP)

       -against-                                     **ORDER**

RITZ-TRANS CORPORATION OF PENNSYLVANIA
INC., et al.

                         Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

As discussed at the July 17, 2023 conference, the deadline to file and serve a motion to compel a response to third-party subpoenas is **August 15, 2023**. The deadline for fact discovery is **September 29, 2023**.

By **August 15, 2023**, the parties shall write a joint status letter with the Court.

                                     **SO ORDERED.**

DATED:     New York, New York
               July 18, 2023

                                                  _____
                                                  KATHARINE H. PARKER
                                                  United States Magistrate Judge