**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
MARILYN MENDEZ VASQUEZ,

                        Plaintiff,                    22-CV-7939 (KHP)

      -against-                         **ORDER**

RITZ-TRANS CORPORATION OF PENNSYLVANIA
INC., et al.

                        Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

      Parties appeared for a status conference on November 9, 2023. As discussed at the conference, all discovery deadlines are stayed for 90 days, until **Wednesday, February 7, 2024.** The parties shall file a joint status letter by **Monday, January 15, 2024** to provide an update on settlement discussions, potential mediation, and outstanding discovery issues. .

      SO ORDERED.

DATED:    New York, New York
              November 9, 2023

_____
KATHARINE H. PARKER
United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/9/2023