UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
MARILYN MENDEZ VASQUEZ,

                      Plaintiff,                      22-CV-7939 (KHP)

      -against-                              **ORDER**

RITZ-TRANS CORPORATION OF PENNSYLVANIA
INC., et al.

                      Defendants.
----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

Magistrate Judge Gary Stein will conduct a settlement conference in this case in **December 2023**. Counsel for both parties shall contact Judge Stein's chambers by no later than **November 14, 2023** to provide dates in December that they are available for a settlement conference.

        **SO ORDERED.**

DATED:    New York, New York
              November 9, 2023

_____
KATHARINE H. PARKER
United States Magistrate Judge