```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/15/2023
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

MARILYN MENDEZ VASQUEZ,

                  Plaintiff,                      22-CV-7939 (KHP)

        -against-                              **ORDER**

RITZ-TRANS CORPORATION OF PENNSYLVANIA
INC., et al.

                  Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      This Court has been advised that the parties have reached a settlement in this matter. This action will be dismissed without costs (including attorneys' fees) to either party on **Monday, January 15, 2024,** unless before that date one or more of the parties files a letter with the Court requesting that the action not be dismissed and stating the reasons why the Court should retain jurisdiction over this action in light of the parties' settlement. **To be clear, any request that the action not be dismissed must be filed on or before Monday, January 15, 2024; any request filed thereafter may be denied solely on that basis.**

SO ORDERED.

Dated: New York, New York
       December 15, 2023

                                                        _____
                                                        KATHARINE H. PARKER
                                                       United States Magistrate Judge