```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/31/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MARILYN MENDEZ VASQUEZ,

                       Plaintiff,                     22-CV-7939 (KHP)

     -against-                  **ORDER CLOSING CASE**

RITZ-TRANS CORPORATION OF PENNSYLVANIA
INC., et al.

                       Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

    In light of the Court's Order on December 15, 2023 (*see* ECF No. 47) and the parties having informed the Court that they have settled, **the Clerk of Court is hereby respectfully directed to close this case.**

    SO ORDERED.

DATED: January 31, 2025
         New York, New York

                                                        _____
                                                        KATHARINE H. PARKER
                                                       United States Magistrate Judge